NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PIONEER STATE MUTUAL INSURANCE
COMPANY,

        Appellant,

v.                                                                Case No. 2D17-5153

TAMMY JO LEE; MARK LEE; BRIAN
FUTTERMAN, CHRISTIAN FUTTERMAN;
and TRUDY YUEN,

        Appellees.

_____

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Jack R. St. Arnold, Judge.

Joshua D. Goldis of Freeman, Goldis &
Cash, P.A., St. Petersburg, for Appellant.

Dereck G. Capaz and Laura A. Turbe of
Capaz Law Firm, P.A., Tampa, for
Appellees Tammy Jo Lee and Mark Lee.

No appearance for remaining Appellees.

PER CURIAM.

        Affirmed.

BLACK, SLEET, and SALARIO, JJ., Concur.